IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03261-KMT

KIMBERLY SPAZIANI,

      Plaintiff,

v.

JEPPESEN SANDERSON INC.,
MITCH VILLANUEVA

      Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Kathleen M. Tafoya on April 6, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Jeppesen Sanderson Inc., and Mitch Villanueva and against Plaintiff Kimberly Spaziani, on all claims for relief and causes of action asserted in this case in accordance with the Order and the court's previous Order granting Defendants' motion to dismiss.  It is

FURTHER ORDERED that Defendants Jeppesen Sanderson Inc., and Mitch Villanueva shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P.54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.


DATED at Denver, Colorado this 6<u>th</u> day of April , 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: <u>s/ M. Ortiz</u>
M. Ortiz,
Deputy Clerk